Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:  Case No.:  09−26671 NVA     Chapter:  13**

Christopher J Luttrell
Debtor(s)

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 11/16/09.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. §§ 362(a) is terminated.

Dated: 11/16/09

                                      Mark D. Sammons, Clerk of Court
                                      by Deputy Clerk, T Matthews 410 962−3602